

| | | |
|---|---|---|
| CAAP–12–00 00981 | State v. Akina | Affirmed |
| CAAP–12–00 00642 | State v. Gomez | Vacated and Remanded |

### March 6, 2015

| | | |
|---|---|---|
| CAAP–14–00 00596 | AA, In re | Affirmed |

### March 9, 2015

| | | |
|---|---|---|
| CAAP–13–00 03525 | State v. Mews | Affirmed |

### March 11, 2015

| | | |
|---|---|---|
| CAAP–13–00 01015 | State v. Devine | Affirmed |
| CAAP–13–00 05660 | State v. Smith | Affirmed |

### March 13, 2015

| | | |
|---|---|---|
| CAAP–13–00 03230 | State v. Stover | Vacated and Remanded |

### March 16, 2015

| | | |
|---|---|---|
| CAAP–12–00 00423 | Stratman v. Hickman | Affirmed |